IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONDELL PETERSON, 39831-177, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. **3:11-CV-1771-L** |
| § | |
| MAUREEN CRUZ, § | |
| § | |
| Respondent. § | |

## **ORDER**

Before the court is Mondel Peterson's Petition for Writ of Habeas Corpus, filed on July 25, 2011, pursuant to 28 U.S.C. § 2254. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 31, 2011. Petitioner did not file objections to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The court therefore **accepts** the magistrate judge's findings and conclusions and **dismisses without prejudice** Mondel Peterson's Petition for Writ of Habeas Corpus pursuant to Federal Rule of Civil Procedure P. 41(b) for want of prosecution.

**It is so ordered** this 20th day of September, 2011.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page